ACCEPTED
14-15-00033-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/18/2015 11:16:32 AM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00033-CR

IN THE

COURT OF APPEALS

FOURTEENTH DISTRICT OF TEXAS

HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/18/2015 11:16:32 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| LINDA WOODMAN | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 147TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-14-904029

### STATE'S SECOND MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following her conviction for Aggravated Assault with a Deadly Weapon, the appellant filed her notice of appeal in the above cause on November 25, 2014. Appellant filed a brief on September 17, 2015.

(b)     The State's brief is currently due on **November 18, 2015**.

1

(c)     This request is that the deadline for filing the State's brief be extended by **20 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **one**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since the appellant's brief was filed, the undersigned attorney has completed and filed an original brief in another pending appellate case, (i.e. *Thomas Joseph Krausz v. State of Texas,* No. 03-15-00110-CR).  The undersigned attorney is also responsible for preparing the State's brief in two other pending appellate cases (i.e. *DeAndre Dwight Joseph aka Deandre Dwight Parks v. State of Texas,* No. 03-15-00209-CR; and *Linda Woodman v. State of Texas,* No. 14-15-00032-CR).

2. The undersigned attorney's mother had a heart attack on November 11, 2015, and was scheduled for bypass surgery on Monday, November 16, 2015. The undersigned attorney traveled to San Antonio, Texas to be with her mother during her surgery and recovery.

3. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **December 8, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney
State Bar No. 06022700
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4810
Lisa.Stewart@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 310 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count.  I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney


## CERTIFICATE OF SERVICE

I hereby certify that, on the 18th day of November, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorneys, Steven Brand, Fagerberg, Arana & Brand, P.C., 907 Rio Grande Street, Austin, Texas 78701, stevenbrand@rocketmail.com; and  Linda Icenhauer-Ramirez, Attorney at Law, 1103 Nueces, Austin, Texas 78701, ljir@aol.com.

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney